# FLINT

*vs.*

# JONES.

APPEAL IN EQUITY FROM THE CIRCUIT COURT OF WINNEBAGO COUNTY.

*Per Curiam.* This cause having been heard below on the pleadings and proofs, and the printed case containing none of the evidence, the appeal must be dismissed.